EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>Extensión de términos por motivo de concesión del 24 de julio de 2026 | 2026 TSPR 77<br><br>218 DPR ___ |

Número del Caso:  EM-2026-0010

Fecha:  21 de julio de 2026

Materia: Extensión de términos por motivo de concesión del 24 de julio de 2026.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Extensión de términos por motivo de concesión del 24 de julio de 2026

EM-2026-10

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de julio de 2026.

La Jueza Presidenta, Hon. Maite D. Oronoz Rodríguez, emitió la Orden Administrativa Núm. OAJP-2025-137A de 20 de julio de 2026, con el fin de enmendar la Orden Administrativa OAJP-2025-137 y añadir el 24 de julio de 2026 como día de cierre total.

Durante un cierre total, los Centros Judiciales y otras salas del Tribunal de Primera Instancia, el Tribunal de Apelaciones y el Tribunal Supremo permanecerán cerrados, con excepción de los jueces y de las juezas de turno que operarán como se acostumbra en un día feriado.

Como resultado de lo anterior, y al amparo de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos en las distintas leyes, reglas o reglamentos de los procedimientos y trámites judiciales de los casos y asuntos a celebrarse en todas las Regiones Judiciales, se aplicará lo dispuesto en los artículos 388 y 389 del Código Político de 1902, 1 LPRA secs. 72 y 73. Por tal razón, los días decretados como cierres totales se considerarán como si fueran feriados. Cualquier término que venza durante las fechas decretadas se extenderá al día laborable siguiente.

Se ordena la difusión pública de esta Resolución.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres no intervino.


                                    Javier O. Sepúlveda Rodríguez
                                    Secretario del Tribunal Supremo